**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUANE BOWEN, | ) | Case No.: EDCV 15-2416 DSF (DTBx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CITY OF MURRIETA, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having granted Defendants City of Murrieta and Edwardo Vazquez's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 12/15/16

Dale S. Fischer
United States District Judge